DIRECT RESPONSE TO:

Jose Alberto Maldonado-Carrillo
Reg.No.18194-069
Federal Correctional Complex
Coleman-Low
P.O. Box 1031
Coleman, Florida 33521-1031

November 13, 2005

United States District Court
District of Puerto Rico
ATT: Office of The Clerk
Federal Building, Room 640
150 Chardon Avenue.
Hato Rey, PR 00918

SUBJECT: CURRENT SENTENCING TRANSCRIPT & CURRENT DOCKET SHEET

IN RE: USA vs. Jose Alberto Maldonado-Carrillo

CASE No. 3-99-CR-309-02(DRD)

Dear Clerk of The Court:

This is concern a request of August 29, 2005 (see attached copy) for a Current copy of Sentencing Transcript and Current Docket Sheet on the above-captioned case, for my appeal.

Thanks for all your prompt assistance with this request.

Sincerely,

*Jose A. Maldonado* (signature)

Jose Alberto Maldonado-Carrillo
Reg.No.18194-069
Federal Correctional Complex
Coleman-Low
P.O. Box 1031
Coleman, Florida 33521-1031

Pro-se

cc:file